IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAMARA HILL**                                                                        **PLAINTIFF**

v.                           No. 4:24-cv-995-DPM

**SOCIAL SECURITY
ADMINISTRATION, Commissioner**                          **DEFENDANT**

ORDER

Unopposed recommendation, *Doc. 14*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  The unopposed motion to remand for further administrative proceedings, *Doc. 13*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2025