IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAMARA HILL                                                                         PLAINTIFF

v.                              No. 4:24-cv-995-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                      DEFENDANT

## JUDGMENT

Hill's claim is remanded for further administrative review. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101-02 (1991).

_____
D.P. Marshall Jr.
United States District Judge

26 June 2025