IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAMARA HILL                                                                                         PLAINTIFF

v.                                    No. 4:24-cv-995-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                                    DEFENDANT

ORDER

The parties agree that Hill is entitled to an award of attorney's fees and stipulate an award of $7,560. *Doc. 17*. But Hill hasn't submitted an itemized bill from her lawyer for the Court to review. That's required. 28 U.S.C. § 2412(d)(1)(B); *Astrue v. Ratliff*, 560 U.S. 586, 594 (2010). Curative papers due by 29 August 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 August 2025