IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAMARA HILL**                                                                                           **PLAINTIFF**

v.                                   No. 4:24-cv-995-DPM

**SOCIAL SECURITY
ADMINISTRATION, Commissioner**                                          **DEFENDANT**

### ORDER

    Itemized bill, *Doc. 19*, received with thanks.  The hours billed and fee requested are reasonable with the small agreed trim.  Motion, *Doc. 17*, granted.  The Court awards $7,560 as an attorney's fee.  28 U.S.C. § 2412(d).  The check must be made payable to Hill.  And it should be mailed to Hill's lawyer.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 August 2025